# United States Bankruptcy Court
## Western District of Louisiana

| | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CHC-Carrollton Nursing & Rehab Ctr, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Carrollton Nursing & Rehab Center** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**20-0036254** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY**<br>ZIP Code **10604** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Westchester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

### Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

### Estimated Assets

| ☐ $0 to $50,000 | ■ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

### Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**CHC-Carrollton Nursing & Rehab Ctr, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**New Louisiana Holdings, LLC** | Case Number:<br>**14-50756** | Date Filed:<br>**6/25/14** |
| District:<br>**Western** | Relationship:<br>**Affiliate** | Judge:<br>**Robert Summerhays** |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)            (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**CHC-Carrollton Nursing & Rehab Ctr, LLC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Patrick J. Neligan, Jr.**
   Signature of Attorney for Debtor(s)

**Patrick J. Neligan, Jr. 14866000**
Printed Name of Attorney for Debtor(s)

**Neligan Foley LLP**
Firm Name

**325 N. St. Paul**
**Suite 3600**
**Dallas, TX 75201**

Address

**214-840-5300  Fax: 214-840-5301**
Telephone Number

**October 17, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Raymond P. Mulry**
   Signature of Authorized Individual

**Raymond P. Mulry**
Printed Name of Authorized Individual

**Designated Officer**
Title of Authorized Individual

**October 17, 2014**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## WRITTEN CONSENT OF THE SOLE MEMBER OF
## CHC-CARROLLTON NURSING & REHAB CTR, LLC

The undersigned, being the sole member (the "Member") of CHC-Carrollton Nursing & Rehab Ctr, LLC (the "Company"), a Georgia limited liability company, does hereby consent to, approve and adopt the following resolutions without a meeting, waive the notice period, if any, required by the Limited Liability Company Agreement of the Company and/or applicable law, and agree that the following resolutions shall have the same force and effect as if adopted at a duly convened meeting of the Company:

RESOLVED, that in the judgment of the Member it is desirable and in the best interests of the Company, its creditors, and other interested parties that a voluntary petition for relief (the "Petition") be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"); and be it

FURTHER RESOLVED, that the Company shall be, and it hereby is, authorized, directed, and empowered to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing; and be it

FURTHER RESOLVED, that James A. Blalock, III and Raymond P. Mulry (the "Designated Officers") are hereby authorized, directed and empowered, on behalf of and in the name of the Company: (i) to execute and verify the Petition and all other ancillary documents to cause the Petition to be filed with the United States Bankruptcy Court for the Western District of Louisiana and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents; (ii) to execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (iii) to execute and verify any and all documents necessary or appropriate in connection therewith in such form or forms as the Designated Officer(s) may approve; and be it

FURTHER RESOLVED, that the Designated Officers are appointed hereunder because (i) the Company no longer conducts any business activities and has no employees, and (ii) Designated Officers through their involvement with the Company as advisors and service providers during the periods prior to cessation of the Company's operations have knowledge of its operating history and are best suited to represent the interests of the Member in the proceedings that will follow the filing of the Petition; and be it

FURTHER RESOLVED, that the Designated Officers be, and hereby are, authorized, directed and empowered from time to time, in the name and on behalf of the Company, to take such actions and execute and deliver such certificates, instruments, notices and documents as may be required or as the Designated Officer(s) may deem necessary, advisable or proper to carry out and perform the obligations of the Company under the Bankruptcy Code; all such actions to be performed in such manner, and all such certificates, instruments, notices and

documents to be executed and delivered in such form, as the Designated Officer performing or executing the same shall, with the advice of counsel, approve, the performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Company; and be it

FURTHER RESOLVED, that the law firms of Neligan Foley LLP and Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, be and hereby are authorized, empowered, and directed to represent the Company, as debtor and debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code; and be it

FURTHER RESOLVED, that each of the Designated Officer(s) be, and each hereby is, authorized, directed and empowered to retain on behalf of the Company such other attorneys, financial advisors, and accountants as the Designated Officer(s) so acting shall deem appropriate in its judgment; and be it

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers, they are hereby authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as he may, with the advice of counsel, consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it

FURTHER RESOLVED, that all actions heretofore taken by the Designated Officers in connection with the foregoing resolutions be, and hereby are, confirmed, ratified and approved in all respects.

IN WITNESS WHEREOF, the undersigned has caused this Written Consent to be executed by its duly authorized representative as of August 12, 2014.

**SOLE MEMBER:**

**SA-GA Operator Holdings, LLC**

By:_____

Mitchell Starer, Authorized Representative

2

AIRGAS USA, LLC
P.O. BOX 532609
ATLANTA, GA 30353-2609

ALPHA WATCH, INC
2262 GRANDCENTRAL PARKWAY
ORLANDO, FL 32839

AMTRAN MEDICAL TRANSPORTATION INC
14 REDMOND CT NW
ROME, GA 30165-1244

BRIGGS
PO BOX 1355
DES MOINES, IA 50305-1355

CARE EMP PLUS OF THE SOUTHEAST
P.O. BOX 822651
PHILADELPHIA, PA 19182-2657

CAROLINA SPEECH PATHOLOGY LLC
126 N SALEM Street
STE 201
APEX, NC 27502

CARROLLTON ORTHOPAEDIC CLINIC
150 CLINIC AVENUE,SUITE 101
CARROLLTON, GA 30117-4402

CDW GOVERNMENT, INC.
75 REMITTANCE DR,SUITE 1515
CHICAGO, IL 60675-1515

CHG LEGACY GROUP & AFFILIATES
4 WEST RED OAK LANE
SUITE 201
WHITE PLAINS, NY 10604

CITY OF CARROLLTON
P.O. BOX 1949
CARROLLTON, GA 30112

CLINICAL LABORATORY SERVICES, INC.
189 WEST ATHENS STREET
WINDER, GA 30680

Page 1

CORWIN DESIGN & GRAPHICS CORPORATION
1309 EAST 6TH AVENUE
TAMPA, FL 33605

DIRECT SUPPLY HEALTHCARE EQUIP
BOX 88201
MILWAUKEE, WI 53288-0201

DIRECT SUPPLY INC
6767 N INDUSTRIAL ROAD
MILWAUKEE, WI 53223

DIRECT SUPPLY LOCAL SERVICES
6767 N INDUSTRIAL ROAD
MILWAUKEE, WI 53223

DR. JOEL KIRSON
499 CLAIRE DRIVE NE
ATLANTA, GA 30307

DURABLE MEDICAL EQUIPMENT INC
d/b/a BOWDON HOME CARE
108 SUE AVE
BOWDON, GA 30108

DYNASPLINT SYSTEMS, INC.
3770 RITCHIE HIGHWAY
SUITE W 21
SEVERNA PARK, MD 21146

E SWALLOW USA LLC
106 HIDDEN DRIVE
SCOTTSBORO, AL 35769

ECOLAB
P.O. BOX 905327
CHARLOTTE, NC 28290-5327

FACTS ON DEMAND, INC.
6540 STATE HIGHWAY 325
BLAIRSVILLE, GA 30512

FUTURE SERVICES INC
PO BOX 1009

GRAYSON, GA 30017

GEORGIA DEPARTMENT OF REVENUE
PROCESSING DEPARTMENT
P.O. BOX 740320
ATLANTA, GA 30374-0320

GEORGIA DEPT OF COMMUNITY HEALTH
2 PEACHTREE ST. NW
ATLANTA, GA 30303

HALL BOOTH SMITH & SLOVER, P.C.
191  PEACHTREE STREET
SUITE 2900
ATLANTA, GA 30303

HEALTHCARE FACILITY REGULATION DIVISION
P. O. BOX 741328
ATLANTA, GA 30374-1328

HEALTHCARE SERVICES GROUP, INC.
3220 TILLMAN DRIVE
SUITE 300
BENSALEM, PA 19020

IMAGISTICS INTERNATIONAL INC
P.O. BOX 856193
LOUISVILLE, KY 40285-6193

IRON MOUNTAIN
PO BOX 27128
NEW YORK, NY 10087-7128

JOERNS HEALTHCARE, INC.
PO BOX 933733
ATLANTA, GA 31193

KATHERINE ANDERSON
c/o NATALIE WOODWARD
38 SOLAN STREET
ROSWELL, GA 30075

LIFEGAS
24963 NETWORK PL
CHICAGO, IL 60673-1249

MAINTENANCE WAREHOUSE
PO BOX 509058
SAN DIEGO, CA 92150-9058

MASADA BAKERY
PO BOX 2465
NORCROSS, GA 30091

MAYFIELD DAIRY
PO BOX 310
ATHENS, TN 37371

MED PASS INC.
L3495
COLUMBUS, OH 43260-0001

MEDICAL ARTS PHARMACY
346 MAINE STREET
LAWRENCE, KS 66044-1393

MEDICAL PARTS SOURCE INC.
1850 PORTER LAKE DRIVE
SUITE 101
SARASOTA, FL 34240

MEDICOM LLC.
410 MONMOUTH
SUITE 303
LAKEWOOD, NJ 08701

MEDLINE INDUSTRIES
PO BOX 382075
PITTSBURGH, PA 15251-8075

NAHCA-NATIONAL ASSOCIATION OF
HEALTH CARE ASSISTANTS
501 E. 15TH STREET
JOPLIN, MO 64804

NATIONAL DATACARE CORPORATION
PROCESSING CENTER
P.O. BOX 222430
CHANTILLY, VA 20153-2430

OPTIMA COMMUNICATIONS SYSTEMS, INC.
PO BOX 15
PALISADES, NY 10964

PITNEY BOWES POSTAGE BY PHONE
P O BOX 371874
PITTSBURGH, PA 15250-7874

PRI X-RAY LLC
3641 McGINNIS PARK DR
SUITE A
SUWANEE, GA 30024

PROVIDIGM LLC
8055 EAST TUFTS AVENUE
SUITE 1200
DENVER, CO 80237

RECOGNITION WORKS
8790-D PLATA LANE
ATASCADERO, CA 93422

SAMMONS PRESTON
PO BOX 93040
CHICAGO, IL 60673-3040

SIMPLEXGRINNELL LP
DEPT. CH 10320
PALATINE, IL 60055-0320

SOUTHERN E.M.S., INC.
PO BOX 82451
HAPEVILLE, GA 30354

SUN OFFICE PRODUCTS
7347 S. REVERE PKWY
BUILDING B-200
CENTENNIAL, CO 80112

T & C HEATING AND COOLING
20 DELANO STREET
CEDAR TOWN, GA 30125

THE SHERWIN-WILLIAMS COMPANY
11053 Alpharetta Hwy A

ROSWELL, GA 30076

TMC INTERNAL MEDICINE OF CARROLLTON, INC
119 AMBULANCE DRIVE
SUITE 202
CARROLLTON, GA 30117

TOTAL COMPLIANCE NETWORK, INC
5440 NW 33RD AVENUE
SUITE 106
FT. LAUDERDALE, FL 33309

U.S.FOODSERVICE
3682 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0036

UNITED AMERICAN INSURANCE COMPANY
3700 SOUTH STONE BRIDGE DRIVE
MCKINNEY, TX 75070-5934

WEST GEORGIA AMBULANCE INC.
P. O. BOX  624
CARROLLTON, GA 30112

WEST GEORGIA CARDIOLOGY ASSOCIATES PC
129 BANK HEAD HIGHWAY
CARROLLTON, GA 30117

WEST GEORGIA ELECTRIC
JONES & LANIER ELECTRIC INC
108 PARKWOOD CIRCLE
CARROLLTON, GA 30117

WEST SHORE UROLOGY ASSOCIATES PA
13201 WASHINGTON ROAD
LARGO, FL 33774