B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re   **CHC-Carrollton Nursing & Rehab Ctr, LLC**   Case No. _____
                               Debtor(s)                Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ALPHA WATCH, INC<br>2262 GRANDCENTRAL PARKWAY<br>ORLANDO, FL 32839 | ALPHA WATCH, INC<br>2262 GRANDCENTRAL PARKWAY<br>ORLANDO, FL 32839 | TRADE | | 1,910.50 |
| AMTRAN MEDICAL TRANSPORTATION INC<br>14 REDMOND CT NW<br>ROME, GA 30165-1244 | AMTRAN MEDICAL TRANSPORTATION INC<br>14 REDMOND CT NW<br>ROME, GA 30165-1244 | TRADE | | 4,593.72 |
| CARE EMP PLUS OF THE SOUTHEAST<br>P.O. BOX 822651<br>PHILADELPHIA, PA 19182-2657 | CARE EMP PLUS OF THE SOUTHEAST<br>P.O. BOX 822651<br>PHILADELPHIA, PA 19182-2657 | TRADE | | 1,567.69 |
| CITY OF CARROLLTON<br>P.O. BOX 1949<br>CARROLLTON, GA 30112 | CITY OF CARROLLTON<br>P.O. BOX 1949<br>CARROLLTON, GA 30112 | TRADE | | 1,755.82 |
| CLINICAL LABORATORY SERVICES, INC.<br>189 WEST ATHENS STREET<br>WINDER, GA 30680 | CLINICAL LABORATORY SERVICES, INC.<br>189 WEST ATHENS STREET<br>WINDER, GA 30680 | TRADE | | 3,045.75 |
| DIRECT SUPPLY INC<br>6767 N INDUSTRIAL ROAD<br>MILWAUKEE, WI 53223 | DIRECT SUPPLY INC<br>6767 N INDUSTRIAL ROAD<br>MILWAUKEE, WI 53223 | TRADE | | 123,496.00 |
| DR. JOEL KIRSON<br>499 CLAIRE DRIVE NE<br>ATLANTA, GA 30307 | DR. JOEL KIRSON<br>499 CLAIRE DRIVE NE<br>ATLANTA, GA 30307 | TRADE | | 3,000.00 |
| FUTURE SERVICES INC<br>PO BOX 1009<br>GRAYSON, GA 30017 | FUTURE SERVICES INC<br>PO BOX 1009<br>GRAYSON, GA 30017 | TRADE | | 2,025.00 |
| GEORGIA DEPT OF COMMUNITY HEALTH<br>2 PEACHTREE ST. NW<br>ATLANTA, GA 30303 | GEORGIA DEPT OF COMMUNITY HEALTH<br>2 PEACHTREE ST. NW<br>ATLANTA, GA 30303 | TRADE | | 13,704.60 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| HEALTHCARE SERVICES GROUP, INC. 3220 TILLMAN DRIVE SUITE 300 BENSALEM, PA 19020 | HEALTHCARE SERVICES GROUP, INC. 3220 TILLMAN DRIVE SUITE 300 BENSALEM, PA 19020 | TRADE | | 166,217.16 |
| JOERNS HEALTHCARE, INC. PO BOX 933733 ATLANTA, GA 31193 | JOERNS HEALTHCARE, INC. PO BOX 933733 ATLANTA, GA 31193 | TRADE | | 1,741.90 |
| MAINTENANCE WAREHOUSE PO BOX 509058 SAN DIEGO, CA 92150-9058 | MAINTENANCE WAREHOUSE PO BOX 509058 SAN DIEGO, CA 92150-9058 | TRADE | | 5,286.67 |
| MEDICAL ARTS PHARMACY 346 MAINE STREET LAWRENCE, KS 66044-1393 | MEDICAL ARTS PHARMACY 346 MAINE STREET LAWRENCE, KS 66044-1393 | TRADE | | 55,379.04 |
| MEDICOM LLC. 410 MONMOUTH SUITE 303 LAKEWOOD, NJ 08701 | MEDICOM LLC. 410 MONMOUTH SUITE 303 LAKEWOOD, NJ 08701 | TRADE | | 1,886.74 |
| MEDLINE INDUSTRIES PO BOX 382075 PITTSBURGH, PA 15251-8075 | MEDLINE INDUSTRIES PO BOX 382075 PITTSBURGH, PA 15251-8075 | TRADE | | 184,651.50 |
| NAHCA-NATIONAL ASSOCIATION OF HEALTH CARE ASSISTANTS 501 E. 15TH STREET JOPLIN, MO 64804 | NAHCA-NATIONAL ASSOCIATION OF HEALTH CARE ASSISTANTS 501 E. 15TH STREET JOPLIN, MO 64804 | TRADE | | 1,568.00 |
| SOUTHERN E.M.S., INC. PO BOX 82451 HAPEVILLE, GA 30354 | SOUTHERN E.M.S., INC. PO BOX 82451 HAPEVILLE, GA 30354 | TRADE | | 4,350.00 |
| SUN OFFICE PRODUCTS 7347 S. REVERE PKWY BUILDING B-200 CENTENNIAL, CO 80112 | SUN OFFICE PRODUCTS 7347 S. REVERE PKWY BUILDING B-200 CENTENNIAL, CO 80112 | TRADE | | 9,065.43 |
| TMC INTERNAL MEDICINE OF CARROLLTON, INC 119 AMBULANCE DRIVE SUITE 202 CARROLLTON, GA 30117 | TMC INTERNAL MEDICINE OF CARROLLTON, INC 119 AMBULANCE DRIVE SUITE 202 CARROLLTON, GA 30117 | TRADE | | 3,600.00 |
| U.S.FOODSERVICE 3682 COLLECTION CENTER DRIVE CHICAGO, IL 60693-0036 | U.S.FOODSERVICE 3682 COLLECTION CENTER DRIVE CHICAGO, IL 60693-0036 | TRADE | | 8,679.80 |

B4 (Official Form 4) (12/07) - Cont.

In re  **CHC-Carrollton Nursing & Rehab Ctr, LLC**          Case No. _____
                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Designated Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 17, 2014**          Signature  **/s/ Raymond P. Mulry**
                                               **Raymond P. Mulry**
                                               **Designated Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.